

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Shawn Pinson,

Vs. No. 11-17-00003-CR

The State of Texas,

\* From the 161st District Court
of Ector County
Trial Court No. B-44,548.

\* December 21, 2018

\* Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J.,
Wright, S.C.J., sitting by assignment,
and Judge Satterwhite, sitting by
assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.